IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYBORN S. TURNER,<br><br>    Petitioner,<br><br>  vs.<br><br>DAVID L. RUNNELS, Warden,<br><br>    Respondent. | No. C 05-4376 JSW (PR)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY AND INSTRUCTIONS TO THE CLERK**<br><br>(Docket No. 15) |

      Petitioner filed a pro se petition for a writ of habeas corpus challenging the constitutionality of his state conviction under 28 U.S.C. § 2254. Following briefing, this Court denied Petitioner's application for a writ of habeas corpus on the merits. Petitioner has filed a notice of appeal and a motion for a certificate of appealability ("COA") (docket no. 15).

      Upon the filing of a notice of appeal or a request for a COA, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). (citing 28 U.S.C. § 2253(c)(3)). A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not shown that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a certificate of

appealability is DENIED (docket no. 15).

The Clerk of Court shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit. Petitioner may also seek a certificate of appealability from that court. *See Asrar,* 116 F.3d at 1270.

IT IS SO ORDERED.

DATED: October 20, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | FOR THE |
| 3 | | NORTHERN DISTRICT OF CALIFORNIA |

```
 1                          UNITED STATES DISTRICT COURT
 2                                     FOR THE
 3                          NORTHERN DISTRICT OF CALIFORNIA
 4
 5
 6   TURNER et al,                         Case Number: CV05-04376 JSW
 7            Plaintiff,                   CERTIFICATE OF SERVICE
 8        v.
 9   RUNNELS et al,
10            Defendant.
                                        /
11
12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.
13
     That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing
14   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
     depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
15   delivery receptacle located in the Clerk's office.

16
17   Clayborn Sidner Turner T-03271
     High Desert State Prison
18   P.O. Box 3030
     Susanville, CA 96127-3030
19
20
     Dated: October 20, 2008                    [signature: Jennifer Ottolini]
21                                              Richard W. Wieking, Clerk
                                                By: Jennifer Ottolini, Deputy Clerk
22
```